1  Nicholas J. Enoch, AZ Bar No. 016473
   Stanley Lubin, AZ Bar No. 003076
2  Kaitlyn A. Redfield-Ortiz, AZ Bar No. 030318
   LUBIN & ENOCH, P.C.
3  349 North Fourth Avenue
   Phoenix, Arizona 85003-1505
4  nick@lubinandenoch.com
   stan@lubinandenoch.com
5  kaitlyn@lubinandenoch.com

6  Austin W. Anderson, TX Bar No. 24045189
   (*Pro hac vice*)
7  Clif Alexander, TX Bar No. 24064805
   (*Pro hac vice*)
8  Lauren Elizabeth Braddy, TX Bar No. 24071993
   (*Pro hac vice*)
9  ANDERSON ALEXANDER, PLLC
   819 North Upper Broadway
10 Corpus Christi, Texas 78401
   austin@a2xlaw.com
11 clif@a2xlaw.com
   lauren@a2xlaw.com
12
   Attorneys for Plaintiffs
13

14

15              UNITED STATES DISTRICT COURT

16              FOR THE DISTRICT OF ARIZONA

17

18 Jasmine Roebuck and Rachel Tucker,        Case No. 2:19-cv-01891-JJT
   Individually and on behalf of all others
19 similarly situated,
                                             PLAINTIFFS' UNOPPOSED MOTION
20              Plaintiffs,                   FOR APPROVAL OF FLSA
                                             SETTLEMENT
21 v.

22 Republic Services, Inc., Republic Services
   Customer Resource Center West, LLC, and
23 Republic Services Customer Resource
   Center East, LLC,
24
                Defendants.
25

26 **TO THE HONORABLE JOHN J. TUCHI:**

27

28

Plaintiffs Jasmine Roebuck and Rachel Tucker, individually and on behalf of all others similarly situated, ("Plaintiffs and Opt-in Plaintiffs"), file this Unopposed Motion for Approval of FLSA Settlement. Plaintiffs respectfully move this Court to approve the Stipulation and Settlement Agreement ("Agreement") between the Parties, and enter an order consistent with its terms. A copy of the Agreement is attached as Exhibit A to Plaintiffs' Memorandum in Support of this Motion.  Defendants Republic Services, Inc. ("RSI"), Republic Services Customer Resource Center West, LLC ("CRC West") and Republic Services Customer Resource Center East, LLC ("CRC East") (collectively "Defendants") do not oppose this motion.

DATED this 29th day of May, 2020.

<div style="margin-left:40%">

LUBIN & ENOCH, P.C.
ANDERSON ALEXANDER, PLLC

By:    */s/ Clif Alexander*
      Clif Alexander

Attorneys for Plaintiffs and the Putative Class Members

</div>

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the May 29, 2020, I electronically transmitted the foregoing document to the Clerk's Office using the ECF System for filing.

<div style="margin-left:40%">

*/s/ Frances Lopez*
Frances Lopez

</div>