1
2
3
4
5
6

**IN THE UNITED STATES DISTRICT COURT**

7

**FOR THE DISTRICT OF ARIZONA**

8

9   Antoinette Harris, *et al.*,                    No. CV-19-01891-PHX-JJT

10               Plaintiffs,                         **ORDER**

11   v.

12   Republic Services Incorporated, *et al.*,

13               Defendants.

14

15          At issue is Plaintiff's Unopposed Motion for Approval of FLSA Settlement

16   (Doc. 70). Having reviewed and considered the terms of the Stipulation and Settlement

17   Agreement, the pleadings in this case, and the issues presented therein, and for good cause

18   shown, the Court approves the Stipulation and Settlement Agreement attached as Exhibit A

19   (Doc. 70-2), and, therefore,

20          IT IS HEREBY ORDERED

21          1.   The Court asserts jurisdiction over the claims and parties in this lawsuit and

22               the implementation and administration of the Stipulation and Settlement

23               Agreement;

24          2.   The Court grants the Motion for Approval (Doc. 70) and approves the

25               Parties' Stipulation and Settlement Agreement, filed as **Exhibit A** (or as the

26               same may be modified by subsequent mutual agreement, in writing, of the

27               Parties). The Court finds that the terms of the Stipulation and Settlement

28

1
2

Agreement are fair, reasonable, and adequate to all Plaintiffs, and directs consummation of its terms and provisions;

3
4
5
6
7
8
9
10

3.    The Court finds that the settlement followed hard fought litigation regarding bona fide disputes related to compensation owed under the Fair Labor Standards Act ("FLSA") and was the result of a vigorous arms'-length settlement negotiations. During the entire process, Plaintiffs and Defendants were represented by counsel experienced in wage and hour law. Accordingly, the Stipulation and Settlement Agreement resolves a clear and actual bona fide dispute under circumstances supporting a finding that is fair and reasonable;

11
12
13
14
15

4.    The Court hereby appoints Jasmine Roebuck and Rachel Tucker as Representative Plaintiffs solely for purposes of facilitating settlement of the Litigation who, together with counsel for Plaintiffs, shall be authorized to act on behalf of all Plaintiffs with respect to this litigation and the Stipulation and Settlement Agreement;

16
17
18

5.    The Court hereby approves Plaintiffs' counsel's request for an award of 33% of the Maximum Gross Settlement Amount as "Plaintiffs' Counsel's Fees, Costs, and Expenses;"

19
20

6.    The Court hereby approves Plaintiffs' counsel's request for a total, gross award of $1,000 to the Representative Plaintiffs as "Service Payments;"

21
22
23
24
25

7.    The Court approves and appoints JND Legal Administration as the "Settlement Administrator", who shall administer the distribution of the Settlement Notice and all other necessary and relevant communications with Plaintiffs. JND Legal Administration hereby is Ordered to perform the tasks described in the Settlement Agreement.

26
27

8.    The Court hereby dismisses with prejudice the time barred opt-in plaintiffs identified on Exhibit C to the Stipulation and Settlement Agreement;

28

1

2

9.      The Court permanently enjoins all Plaintiffs from prosecuting against Defendants and the Released Person any and all Released Claims; and

3

4

5

10.     The Court hereby retains jurisdiction over this action and the Parties to administer, supervise, interpret, and enforce the Stipulation and Settlement Agreement and this Order.

6

7

IT IS FURTHER ORDERED directing the Clerk of the Court to enter judgment accordingly and close this matter.

8

Dated this 2nd day of June, 2020.

9

10

Honorable John J. Tuchi
United States District Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28