# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Antoinette Harris, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>Republic Services Incorporated, et al.,<br><br>Defendants. | **NO. CV-19-01891-PHX-JJT**<br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's order filed June 2, 2020, judgment is entered as set forth in the Order. The Court hereby retains jurisdiction over this action and the parties to administer, supervise, interpret, and enforce the Stipulation and Settlement Agreement and the Order.

    Debra D. Lucas
    Acting District Court Executive/Clerk of Court

June 2, 2020

          s/ E. Aragon
By   Deputy Clerk